

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAMUEL AND SHAWN CALVILLO, ARIELLE NOEL CALVILLO, SAMUEL ELLIOTT CALVILLO, ELLIOTT ARCELIS CALVILLO AND MATTHEW LARS CALVILLO, | § § § § | No. 08-13-00353-CV<br><br>Appeal from the |
| Appellants, | § | County Court at Law Number Three |
| v. | § | of El Paso County, Texas |
| CARRINGTON MORTGAGE SERVICES AND WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES, | § § § § | (TC# 2012-DCV01834) |
| Appellees. | | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.